UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| THEODORE JUSTICE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GRANVILLE COUNTY BOARD OF EDUCATION, | ) ) | No. 5:10-CV-525-BR |
|     Defendant. | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration United States Magistrate Judge Webb's memorandum and recommendations as to plaintiff's motion for leave to proceed in forma pauperis.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to proceed in forma pauperis is GRANTED, and plaintiff's complaint is DISMISSED.

**This judgment filed and entered on July 1, 2011, and served on:**

Theodore Justice (via US Mail), PO Box 232, Ridgeway, NC 27570

July 1, 2011                    /s/ Dennis P. Iavarone,
                                Clerk of Court